**Order filed May 22, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00952-CR
_____

**WILLIAM RAY PARKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12CR2532**

## ORDER

Appellant is represented by appointed counsel, Tad Nelson. Appellant's brief was originally due February 20, 2014. We granted a total extension of time of 90 days to file appellant's brief until May 21, 2014. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On May 16, 2014, counsel filed a further request

for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order:

Tad Nelson is ORDERED to file a brief with the clerk of this court on or before **June 23, 2014.** If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.